UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| GEORGE MARSE, ET AL | CIVIL ACTION |
| VERSUS | |
| RED FROG EVENTS, LLC, ET AL | NO.: 17-01402-BAJ-EWD |

### RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 45)** under 28 U.S.C. § 636(b)(1). The Magistrate Judge *sua sponte* recommends that this case be remanded for failure to establish the amount in controversy. (Doc. 45). The Magistrate Judge further recommends denying as moot Plaintiffs' Motion to Remand for improper joinder. *Id.*

The Report and Recommendation notified the parties that, under 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 45). Defendant Red Frog Events filed an objection. (Docs. 46).[1] Having carefully considered the underlying matter, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

---

[1] Red Frog argues that the amount in controversy is met. (Doc. 46 at p. 1). Alternatively, Red Frog asks for limited jurisdictional discovery. The Court declines to permit jurisdictional discovery at this stage, for the reasons outlined by the Magistrate Judge in another Red Frog case. *Sampson v. Red Frog*, 17-CV-1671 (M.D. La. Aug. 14, 2018), ECF No. 75.

1

20th JDC - Certified

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation, (Doc. 45)**, is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the 20th Judicial District Court for the Parish of West Feliciana, State of Louisiana.

**IT IS FURTHER ORDERED** that the **Motion to Remand (Doc. 14)** is **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 17th day of August, 2018.

_____
**BRIAN A. JACKSON**
**UNITED STATES DISTRICT JUDGE**
**MIDDLE DISTRICT OF LOUISIANA**